NO. 12-15-00026-CV

IN THE 12TH COURT OF APPEALS DISTRICT
TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 30 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

IN RE.

MICHAEL KENNEDY, RELATOR

VS.

THE TEXAS COURT OF CRIMINAL APPEALS,
JUSTICE JAMES T. WORTHEN, 12th COURT
OF APPEALS AND ALL OTHER JUSTICE FOR THE
12th COURT OF APPEALS, SAM GRIFFITH AND
BRAIN HOYLE, AND MARK A. CALHOUN
3RD JUDICIAL DISTRICT COURT FOR Anderson
COUNTY, TEXAS.

PETITION FOR WRIT OF MANDAMUS TO THE
TRIAL JUDGE MARK A. CALHOUN FOR the 3RD JUdicial
District court FOR Anderson county. CASE NO. 3-41298

PETITION FOR WRIT OF MANDAMUS

MICHAEL KENNEDY
#1516303
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

# IDENTITY OF PARTIES AND COUNSEL OF RECORD

MICHAEL KENNEDY - RELATOR
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351


TEXAS COURT OF CRIMINAL APPEALS
P.O. Box 12308 Capitol Station
Austin, TX 78711


JUSTICE, 12th COURT OF APPEALS     Chief JAMES
T. WORTHEN, SAM GRIFFITH AND BRAIN
HOYLE, 1517 WEST Front St. Suite 354
TYLER, TEXAS 75702


MARK A. CALHOUN, Trial Judge, 3RD
Judicial District Court for Anderson County
Texas 500 N. Church St. Palestine, TX
75802

# TABLE OF CONTENTS

PETITION FOR WRIT OF MANDAMUS

IDENTITY OF PARTIES AND COUNSEL OF RECORDS . i

TABLE OF CONTENTS . . . . . . . . . . ii

TABLE OF CITATION . . . . . . . . . . iii

ISSUES PRESENTED . . . . . . . . . . 1

STATEMENT OF THE CASE . . . . . . . . 2

STATEMENT OF THE FACTS . . . . . . . . 2

ARGUMENTS . . . . . . . . . . . . 3

PRAYER AND RELIEF . . . . . . . . . . 5

CERTIFICATE OF SERVICE . . . . . . . . 6

ii

# TABLE OF CITATION

Rubin v. Huffman,
843 S.W. 2d 658, 659 (Tex. App. Dallas, 1992), . 3

Lewis v. Leftwich,
755 S.W. 2d 848, 851, (Tex. App. Dallas, 1989), . . 3

MARK A. CALHOUN, No. 3-41 298,
Michael Kennedy v. Texas court of crim. App. 2014). 4


## OTHER CODES AND STATUTES

TEXAS GOV'T CODE. ANN. § 74. 053 (d), . 3-4
TEX. R. C.V. PROC. § 18 (a), 18 (b), . . . 3

# ISSUES PRESENTED

MARK A. Calhoun trial court Judge could not dismiss lawsuit against himself when he a party to suit was mandatory to disqualify himself under TEXAS Gov't Code. ANN. § 74.053 (a)

# STATEMENT OF THE CASE

The TEXAS court of CRiminAl APPEalS Along with Triol court Judge MARK A. CAlHOUN and the 12th court OF APPEalS Judges is NAMed in Suits NO. 3-41298, This lAWSuit WAS filed on the 3Rd Judicial District court for Anderson County, Texas NO. 3-41298, However, This Civil Rights lawSuit cannot be dismissed by this Judge MARK A. calhoun because he was A PARty to LawSuit

# STATEMENT OF THE FACTS

The 12th court OF APPeals have Refused to Recuse themselve when they Are PARty to LawSuit in NO. 87-11917 and NO. 3-41298. MARK A. colhoun was NAMed A PARty Along with the 12th court of APPeals FOR TYLER, TEXAS

2

# ARGUMENTS

MARK A. CALHOUN TRIAL COURT Judge could not dismiss lawsuit Against himself when he A PARTY to suit was mandatory to disqualify himself under Tex. Gov't Code. Ann. §74.053(q)

The application of laws And Facts Clearly settled once A PARTY makes A timely objections. The assigned judges disqualify himself. See Rubin v. Huffman, 843 S.W. 2d 658, 659 (Tex. APP. Dallas 1992) Lewis v. Leftwich, 755 S.W. 2d 848, 851 Tex. APP. Dallas. 1989), Here, Relator have filed serval objections to Recusal the trial court judge when he was A party. The other motions was filed with the lawsuit to Recusal himself As judge And under Tex R. Civ. Proc. § 18. (w) 18 (b), The trial court judge should mandatory disqualify himself

3

when he was named as a party. The Relator argues that the trial court Judge MARK A. Calhoun dismissed the lawsuit against himself or acted in the order was void and the Relator con secure MANDAMUS Relief without showing he has no Adequate remedy at law. Rubin 843 S. W. 2d 659, And order issued by MARK A. Calhoun No. 3-41,298 cannot stand And the matter of his dismissal was nullity. V. T. C. A. Gov't code. 874. OS3 (a), The Trial Judge cannot dismiss lawsuit against himself or the same dismiss criminal violations Against himself if Any state's in his county, filed the criminal charges Against himself would violates the constitutional laws of OUR Justice System of America.

4

## PRAYER AND RELIEF

Wherefore, Michael Kennedy Requests the court Justice Recusal themself from this Mandamus and forward the Mandamus to the texas Supreme court for Ruling on the Petition to Remand the Lawsuit No. 341298 to the trial court for Another Judge to hear the Lawsuit for disposition.

Respectfully submitted



Michael Kennedy
#1516203
Polunsky unit
3872 FM 350 south
Livingston, TX 77351

# CERTIFICATE OF SERVICE

I, Michael Kennedy, TDC# 1516203 hereby certify a true and correct copy mailed to all party of record of the following on this ___ day of ~~January~~ February, 2014

TEXAS court of Criminal Appeals
P.O Box 12308 capital station.
Austin, TX 78711

Chief Justice James ~~H~~. Worthen,
Sam Griffith and Brian Hoyle, Justice
12th court of Appeals. 1517 W. Front. St. Suite 354
Tyler, TX 75702

Mark A. Calhoun, Judge 3rd. Jud.
Dist. 500 N. Church St. Palestine. TX
75802

Michael Kennedy

6

Michael Kennedy
Plaintiff's name and ID Number

Allen B. Polunsky Unit
Place of Confinement

Michael Kennedy

V.

THE State OF Texas AND
MARK A. CALHOUN

Defendant's name and address

CASE NO._____
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Michael Kennedy, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?        Yes ☐    No ☑
   b. Rent payments, interest or dividends?                Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?      Yes ☐    No ☑
   d. Gifts or inheritances?                               Yes ☐    No ☑
   e. Family or friends?                                   Yes ☐    No ☑
   f. Any other sources?                                   Yes ☐    No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____ None _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐        No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____ None _____

1

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

                    Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____ None _____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___17___ day of __JANUARY__, 20 _15_.

_____                    #186203
Signature of Plaintiff                            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

December 11, 2014

Michael Kennedy
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Hon. Gregory W. Abbott
Texas Attorney General
209 West 14th Street
P. O. Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

RE:   Case Number:          12-14-00299-CV
       Trial Court Case Number:   3-41298

Style:   Michael Kennedy
         v.
         The Texas Court of Criminal Appeals, Austin, Texas, et al

You are hereby notified that in the above-described case, the following decision and order was this day made and entered by this Court:

"Appellant's Motion for Rehearing having been duly considered, it is **ORDERED** that said motion be, and hereby is, **OVERRULED**."

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
http://www.txcourts.gov/12thcoa.aspx

Appendix - 1



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Thursday, May 22, 2014

Hon. Gregory W. Abbott
Texas Attorney General
209 West 14th Street
P. O. Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Michael Allyn Kennedy
1516203
Allen B. Polunsky Unit
3872 FM 350
Livingston, TX 75801

**RE:** Case Number:      12-14-00067-CV
        Trial Court Case Number:    87-11917

**Style:** Michael Kennedy
       v.
       The State of Texas

The Appellant's Pro Se Motion to Recuse the 12th Court of Appeals Justices From All Filing Cases in Anderson County, Texas has this day been received and filed in the above-referenced case.

Very truly yours,

CATHY S. LUSK, CLERK

By: _____

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

Enclosures

APPendix-3



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Friday, August 15, 2014

Mr. Douglas E. Lowe
District Attorney
Courthouse
500 North Church St.
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

Michael Kennedy
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

**RE:**   Case Number:      12-14-00215-CV
      Trial Court Case Number:  87-11917

**Style:**  Michael Kennedy
      v.
      The State of Texas

The Appellant's Motion to Recusal Justices and Trial Judges has this day been received and filed in the above-referenced case.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Ashley Yount, Deputy Clerk_

APPendix- 3



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Friday, August 15, 2014

Mr. Douglas E. Lowe
District Attorney
Courthouse
500 North Church St.
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

Michael Kennedy
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

**RE:**  Case Number:              12-14-00215-CV
Trial Court Case Number:   87-11917

**Style:** Michael Kennedy
v.
The State of Texas

The Appellant's Motion for Rehearing was this day received and filed in the above styled and numbered case.

Very truly yours,

CATHY S. LUSK, CLERK

By: _____
Ashley Yount, Deputy Clerk

Appendix 4



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

**TWELFTH COURT OF APPEALS**

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Friday, August 15, 2014

Mr. Douglas E. Lowe
District Attorney
Courthouse
500 North Church St.
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

Michael Kennedy
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

**RE:** Case Number: 12-14-00215-CV
Trial Court Case Number: 87-11917

**Style:** Michael Kennedy
v.
The State of Texas

The Appellant's Objections to Justices Failing to Address or Make Fact Findings or Conclusions of Law for Failure to Rebuttal the Motion to Recusal the Justices from Anderson County, Texas Cases Against Appellant has this day been received and filed in the above-referenced case.

Very truly yours,

CATHY S. LUSK, CLERK

By: _____
Ashley Yount, Deputy Clerk

Appendix - S



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Thursday, June 12, 2014

Michael Allyn Kennedy
1516203
Allen B. Polunsky Unit
3872 FM 350
Livingston, TX 75801

**RE:**   Case Number:         12-14-00067-CV
        Trial Court Case Number:  87-11917

**Style:**  Michael Kennedy
       v.
       The State of Texas

This is to acknowledge receipt of your communication dated June 6, 2014.

In response to your inquiries, please be advised that:

This Court filed a Motion to Recuse on May 12, 2014 and then again on May 22, 2014. Please contact the Court of Criminal Appeals and the Supreme Court to obtain the date of motions filed in their Court.

Very truly yours,

CATHY S. LUSK, CLERK

By: _____
     Ashley Yount, Deputy Clerk

CC:    Hon. Gregory W. Abbott (DELIVERED VIA E-MAIL)

Appendix - 6